RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for David Jonathan Vargas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DAVID JONATHAN VARGAS,<br><br>           Defendant. | Case No. 2:17-cr-00306-JCM-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between David L. Jaffe, Chief, Organized Crime and Gang Section, United States Department of Justice, and Chad McHenry, Trial Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for David Jonathan Vargas, that the Sentencing Hearing currently scheduled on August 18, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On July 8, 2021, the Ninth Circuit Court of Appeals asked the Federal Public Defender for the District of Nevada (FPD) to provide an attorney to assist in United States v. Babichenko, et. al., District of Idaho case number CR18-258-BLW. The Babichenko trial was

1 suspended in the middle of its third week to seek additional counsel to assist with the defense
2 of one of nine co-defendants.  The trial is predicted to last approximately two months.  The FPD
3 asked the undersigned to travel to Idaho and assist with the defense for the remainder of the
4 trial. Therefore, counsel will be unable to assist Mr. Vargas with his defense.

       2.       The defendant is not in custody and agrees with the need for the continuance.

       3.       The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 15th day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAVID L. JAFFE<br>Chief, Organized Crime and Gang Section<br>United States Department of Justice |
| /s/ Brian Pugh<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | /s/ Chad McHenry<br>By_____<br>CHAD MCHENRY<br>Trial Attorney,<br>United States Department of Justice |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID JONATHAN VARGAS,<br><br>        Defendant. | Case No. 2:17-cr-00306-JCM-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 18, 2021 at 10:00 a.m., be vacated and continued to October 20, 2021 at the hour of 10:00 a.m.

    DATED July 20, 2021.

                                                UNITED STATES DISTRICT JUDGE