RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for David Jonathan Vargas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID JONATHAN VARGAS,<br><br>        Defendant. | Case No. 2:17-cr-00306-JCM-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between David L. Jaffe, Chief, Organized Crime and Gang Section, United States Department of Justice, and Chad McHenry, Trial Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for David Jonathan Vargas, that the Sentencing Hearing currently scheduled on October 20, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.   Defense counsel is in the process of obtaining medical records in support of a mitigation argument.

2.   The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 1st day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAVID L. JAFFE<br>Chief, Organized Crime and Gang Section<br>United States Department of Justice |
| /s/ Brian Pugh<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | /s/ Chad McHenry<br>By_____<br>CHAD MCHENRY<br>Trial Attorney,<br>United States Department of Justice |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID JONATHAN VARGAS,<br><br>        Defendant. | Case No. 2:17-cr-00306-JCM-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 20, 2021 at 10:00 a.m., be vacated and continued to  December 15, 2021 at the hour of 10:30 a.m.

   DATED October 4, 2021.

                                          _____
                                          UNITED STATES DISTRICT JUDGE