# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-306-JCM-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DAVID JONATHAN VARGAS, | |
| Defendant. | |

This Court found that David Jonathan Vargas shall pay the in personam criminal forfeiture money judgment of $256,500 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3); 18 U.S.C. § 1028(b)(5), (g), and (h); 18 U.S.C. § 1029(c)(1)(C) and (c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(I) with (a)(6)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(II) with (a)(6)(B); and 18 U.S.C. § 1963(m). Second Superseding Criminal Indictment, ECF No. 303; Change of Plea, ECF No. 570; Plea Agreement, ECF No. 573; Preliminary Order of Forfeiture, ECF No. 575.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $256,500 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from David Jonathan Vargas the in personam criminal forfeiture

money judgment of $256,500, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $568,000,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3); 18 U.S.C. § 1028(b)(5), (g), and (h); 18 U.S.C. § 1029(c)(1)(C) and (c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(I) with (a)(6)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(II) with (a)(6)(B); and 18 U.S.C. § 1963(m).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED December 27, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Department of Justice. A copy of this **FINAL ORDER OF FORFEITURE** was served upon counsel of record via Electronic Case Filing (ECF).

**DATED** this 25th day of March, 2021.

/ s / Chad McHenry

CHAD W. MCHENRY
Trial Attorney